**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1302**

JUDY T. DAULTON,

                                    Plaintiff - Appellant,

          versus

PIEDMONT    TECHNICAL    COLLEGE;    ROBERT    E.
TEMPLETON,

                                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Henry F. Floyd, District Judge.
(8:05-cv-02682-HFF)

Submitted: July 24, 2007              Decided:  July 27, 2007

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Judy T. Daulton, Appellant Pro Se. Davis Thomas Duff, DUFF, WHITE
& TURNER, LLC, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judy T. Daulton appeals the district court's order granting Piedmont Technical College's motion for summary judgment, accepting the report and recommendation of a magistrate judge, and dismissing her Title VII complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Daulton v. Piedmont Technical College, No. 8:05-cv-02682-HFF (D.S.C. Mar. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED